IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL LOCAL NO. 21, et al., | : : : | CIVIL ACTION NO. 1:19-CV-08766 |
| Plaintiffs, | : : | |
| v. | : | |
| PAPER MASTER, LLC | : : | |
| Defendant. | : | |

## ORDER

In this action, Defendant, Paper Master, LLC, has been regularly served with the summons and complaint, and has failed to plead or otherwise defend. Further, the legal time for pleading has expired and default of the said Defendant having been duly entered according to law on April 17, 2019; upon the application of said Plaintiffs, judgment is hereby entered against said Defendant in conformity with the certification attached hereto.

**WHEREFORE,** it is **ORDERED,** that Judgment is entered against Defendant and on behalf of Plaintiffs for the aggregate amount of $26,356.96, consisting of principal audit delinquency in the amount of $15,476.49, interest through the present in the amount of $3,478.74, liquidated damages in the amount of $3,095.30, cost of audit in the amount of $2,391.74, and attorneys' fees and costs in the amount of $1,914.69, with post-judgment interest to run thereon at the rate of 7% from the date hereof until paid, together with such additional reasonable attorneys' fees and costs which may be incurred in the collection and enforcement necessary to achieve satisfaction of the judgment in favor of Plaintiffs and against Defendant.

It is further **ORDERED,** that this Judgment may be immediately registered in any Court of competent jurisdiction regardless of whether the time for appeal has expired.

Date: **May 28, 2019**

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge